IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-374-N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

23.    GUADALUPE VILLANUEVA,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 09 2005

GREGORY C. LANGHAM
                 CLERK

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Guadalupe Villanueva before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Second Superseding Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this __9__ day of November, 2005.

                                        UNITED STATES MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date: November 9, 2005          Case Number: 05-CR-374-N

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND WRIT signed by Judge Edward W. Nottingham was duly mailed to the persons listed below:

Joe Allen, M.J. Menendez
Assistant United States Attorneys

Federal Probation

U.S. Marshal

GREGORY C. LANGHAM, CLERK

By: _____
Nel Steffens, Deputy Clerk