IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cr-00374-PAB-23

UNITED STATES OF AMERICA.

    Plaintiff,

v.

23. GUADALUPE VILLANUEVA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Motion for Sentence Reduction Pursuant to Amendment 706 (and Amendments 711 and 715) [Docket No. 1318]. Defendant Villanueva is still being represented in this matter by attorney Charles Elliott. It is therefore

    ORDERED that, on or before **September 3, 2010**, counsel for defendant Villanueva shall indicate why defendant's Motion for Sentence Reduction [Docket No. 1318] should not be stricken. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). It is further

    ORDERED that the clerk shall mail a copy of this Minute Order to defendant:

        Guadalupe Villanueva #33965-013
        United States Penitentiary, Lewisburg
        P.O. Box 1000
        Lewisburg, PA  17837

    DATED August 18, 2010.