IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cr-00374-PAB-23

UNITED STATES OF AMERICA.

    Plaintiff,

v.

23. GUADALUPE VILLANUEVA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Motion for Sentence Reduction Pursuant to Amendment 706 (and Amendments 711 and 715) [Docket No. 1318]. Defendant Villanueva is still being represented in this matter by attorney Charles Elliott. On September 13, 2010, Mr. Elliott filed a Response [Docket No. 1327] to the Court's Minute Order [Docket No. 1324], in which he concedes that the pro se motion for sentencing reduction should be stricken. It is therefore

    **ORDERED** that defendant's Motion for Sentence Reduction Pursuant to Amendment 706 (and Amendments 711 and 715) [Docket No. 1318] is STRICKEN. It is further

    **ORDERED** that the Petition for Appointment of Counsel [Docket No. 1326] filed by defendant Villanueva pro se is denied as moot. It is further

    **ORDERED** that the clerk shall mail a copy of this Minute Order to defendant:

        Guadalupe Villanueva #33965-013
        United States Penitentiary, Lewisburg
        P.O. Box 1000
        Lewisburg, PA  17837

    DATED September 14, 2010.